FILED
2023 NOV 17 AM 10: 19
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

In re

AFTOKINITO RALLY, INC.

Debtor

Chapter 7

USBC Case No. 17-10184-BAH

### TRUSTEE'S REPORT OF UNCLAIMED FUNDS

Now comes Michael S. Askenaizer, ("Trustee") to report pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure that the following funds were not claimed:

1. The trustee was granted an Order to Disburse funds to the creditors dated August 11, 2023 following the final hearing. The trustee disbursed funds accordingly and the creditors below have not cashed their checks.

2. The trustee has stopped payment on the checks payable to the creditors described below and has submitted check number 10703 made payable to the Clerk of the Court in the amount of $6,708.17.

| Claim No. | Creditor | Dividend |
|---|---|---|
| 4 | Dangelo, Philip | $ 35.33 |
| 10 | Boudreau, Eugene | $ 78.09 |
| 11 -2 | Joe Robinson Mathis | $ 647.31 |
| 12 -2 | Armand Ian Lucas | $ 61.61 |
| 25 | Barbara E. Saxon Morgan | $ 130.15 |
| 33U | Greg Tandy/Dalton Flannery | $ 468.62 |
| 49 | Estate of John "Jack" Kelliher | $ 379.97 |
| 52 | Timothy Kalil | $ 99.17 |
| 69 | Timothy Hooper | $ 94.75 |
| 70 | Robert Banks | $ 49.25 |
| 78 | Peter M. Thomson | $ 208.25 |
| 80 | James J. Duffy | $ 26.03 |
| 135 | Guibeault, Ernest | $ 30.93 |

Opus Word / Afto / Unclaimed Funds Report for Final Distribution checks - November 15, 2023

CC : Financial

| | | | |
|---|---|---|---:|
| 140 | William Smith | $ | 63.77 |
| 173 | Andreas Bertsche | $ | 39.04 |
| 176 | Regis J. Mullaney | $ | 97.62 |
| 186 | Roger Sheehy | $ | 76.16 |
| 212U | Frank Willard Weaver | $ | 34.32 |
| 239 | Mark Joyce | $ | 156.19 |
| 240 | Jeanne Tiffany and Michael Rockwell | $ | 240.78 |
| 242 | Jason Robert Glaser | $ | 184.99 |
| 250 | Jeffrey Garinger | $ | 71.58 |
| 258U | Andrew F. Hulbert | $ | 250.63 |
| 259U | Colm O'Mara | $ | 50.76 |
| 263 | Estate of Michael J. Hopwood | $ | 104.12 |
| 276 | Christal Rockwood | $ | 46.85 |
| 279 | Jason Spry | $ | 18.41 |
| 286 | Mark & Theresa Copp | $ | 104.12 |
| 289 | Nathan Dobbins | $ | 116.16 |
| 292 | Robert R. Feudo Jr. | $ | 221.27 |
| 297 | Richard P. Fusegni | $ | 260.31 |
| 299 | Stanford Bowers | $ | 124.24 |
| 302 | Michael Berube | $ | 260.31 |
| 306 | Stephen LaSala | $ | 93.71 |
| 313 | Carl Zecha | $ | 273.33 |
| 319 | Brad Birkenfeld | $ | 722.61 |
| 325U | Anthony Marotto | $ | 787.43 |
| Total | | $ | 6,708.17 |

Respectfully submitted,

Dated: November 15, 2023

*[signature]*

Michael S. Askenaizer, Trustee
29 Factory St.
Nashua, NH 03060
Telephone: (603) 594-0300