UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW HAMPSHIRE

FILED
2023 NOV 27 AM 10: 29
CLERK OF THE
BANKRUPTCY COURT
DISTRICT OF NH

In re

AFTOKINITO RALLY, INC.

Debtor

Chapter 7

USBC Case No. 17-10184-BAH

### TRUSTEE'S **AMENDED** REPORT OF UNCLAIMED FUNDS

Now comes Michael S. Askenaizer, ("Trustee") to report pursuant to 11 U.S.C. §347 and Rule 3011 of the Federal Rules of Bankruptcy Procedure that the following funds were not claimed:

1. The trustee was granted an Order to Disburse funds to the creditors dated August 11, 2023 following the final hearing. The trustee disbursed funds accordingly and the creditors below have not cashed their checks.

2. The trustee has stopped payment on the checks payable to the creditors described below and has submitted check number 10703 made payable to the Clerk of the Court in the amount of $6,708.17.

| Claim No. | Creditor | Dividend |
|---|---|---|
| 4 | Dangelo, Philip<br>82 Town Farm Road<br>Chester, NH 03036 | $ 35.33 |
| 10 | Boudreau, Eugene<br>133 Lincoln Rd NW<br>Lake Placid, FL 33852 | $ 78.09 |
| 11 -2 | Joe Robinson Mathis<br>Eleanor Margherite Mathis Trust<br>9773 Lost Colt Circle<br>Las Vegas, NV 89117 | $ 647.31 |
| 12 -2 | Armand Ian Lucas<br>3737 S. Dawson Street<br>Seattle, WA 98118 | $ 61.61 |

| | | | |
|---|---|---|---|
| 25 | Barbara E. Saxon Morgan<br>1044 Bear Hill Road<br>Henniker, NH  03242 | $ | 130.15 |
| 33U | Greg Tandy/Dalton Flannery<br>c/o Greg Tandy<br>433 Deer Meadow Road<br>Webster, NH 03303 | $ | 468.62 |
| 49 | Estate of John "Jack" Kelliher<br>Kevin G. Collimore, Esq.<br>37 Technology Way, Suite 3W2<br>Nashua, NH  03060 | $ | 379.97 |
| 52 | Timothy Kalil<br>2727 Alexandre Taschereau J7V 9V6<br>Vaudreuil Qc Canada | $ | 99.17 |
| 69 | Timothy Hooper<br>16 Springvalley Street<br>Manchester, NH  03104 | $ | 94.75 |
| 70 | Robert Banks<br>15 Springvalley Street<br>Manchester, NH 03104 | $ | 49.25 |
| 78 | Peter M. Thomson<br>1222 Gov Thomson Hwy<br>Orford, NH  03777 | $ | 208.25 |
| 80 | James J. Duffy<br>133 Little Mill Road<br>Sandown, NH 03873 | $ | 26.03 |
| 135 | Guibeault, Ernest<br>Gregory T. Uliasz, Esq.<br>45 Bay Street<br>Manchester, NH 03104 | $ | 30.93 |
| 140 | William Smith<br>40 Hazen Road<br>Bedford, NH  03110 | $ | 63.77 |

| | | | |
|---|---|---|---|
| 173 | Andreas Bertsche<br>Moerikestrasse 15<br>Revenstein, BW<br>Germany  74747 | $ | 39.04 |
| 176 | Regis J. Mullaney<br>3227 201 St.<br>Bayside, NY  11361 | $ | 97.62 |
| 186 | Roger Sheehy<br>73 Tibbetts Hill Road<br>Goffstown, NH 03045 | $ | 76.16 |
| 212U | Frank Willard Weaver<br>522 Somerville St., #1<br>Manchester, NH 03103 | $ | 34.32 |
| 239 | Mark Joyce<br>William Amann, Esq.<br>Braucher & Amann, PLLC<br>764 Chestnut Street<br>Manchester, NH  03104 | $ | 156.19 |
| 240 | Jeanne Tiffany and Michael Rockwell<br>c/o William J. Amann, Esq.<br>764 Chestnut Street<br>Manchester, NH  03104 | $ | 240.78 |
| 242 | Jason Robert Glaser<br>PO Box 477<br>Danville, NH  03819 | $ | 184.99 |
| 250 | Jeffrey Garinger<br>21 Lakeview Road<br>Essex, MA  01929 | $ | 71.58 |
| 258U | Andrew F. Hulbert<br>114 Shady Oak Cir.<br>Branson, MO  65616 | $ | 250.63 |
| 259U | Colm O'Mara<br>205 E 95th St, Apt. 26<br>New York, NY  10128 | $ | 50.76 |

| | | | |
|---|---|---|---|
| 263 | Estate of Michael J. Hopwood<br>Executor:  F.J. Hopwood, Jr.<br>71 Brown Road<br>Hampton Falls, NH  03844 | $ | 104.12 |
| 276 | Christal Rockwood<br>2536 B St., Apt. J<br>San Diego, CA  92102 | $ | 46.85 |
| 279 | Jason Spry<br>91 White Birch Lane<br>Farmington, NH  03835 | $ | 18.41 |
| 286 | Mark & Theresa Copp<br>10 Lawson Ave.<br>Lancaster, MA  01523 | $ | 104.12 |
| 289 | Nathan Dobbins<br>319 Warren Street<br>Waltham, MA  02354 | $ | 116.16 |
| 292 | Robert R. Feudo Jr.<br>12 Stonebridge Road<br>Groveland, MA  01834 | $ | 221.27 |
| 297 | Richard P. Fusegni<br>Douglas W. Macdonald, Esq.<br>1000 Market Street, Bldg. 2, Ste. 7<br>Portsmouth, NH 03801 | $ | 260.31 |
| 299 | Stanford Bowers<br>29 Walker Road<br>PO Box 112<br>North Carver, MA  02355 | $ | 124.24 |
| 302 | Michael Berube<br>Brad Davis, Esq.<br>Davis / Hunt Law, PLLC<br>780 Central Street<br>Franklin, NH  03235 | $ | 260.31 |
| 306 | Stephen LaSala<br>27 Masquanipi Dr.<br>Antrim, NH  03440 | $ | 93.71 |

| | | | |
|---|---|---|---:|
| 313 | Carl Zecha<br>92 Old Chester Road<br>Derry, NH 03038 | $ | 273.33 |
| 319 | Brad Birkenfeld<br>c/o William J. Amann, Esq.<br>764 Chestnut Street<br>Manchester, NH 03104 | $ | 722.61 |
| 325U | Anthony Marotto<br>165 State Highway 165<br>Cherry Valley, NY 13320 | $ | 787.43 |
| Total | | $ | 6,708.17 |

Respectfully submitted,

Dated: November 22, 2023

*[signature]*
Michael S. Askenaizer, Trustee
29 Factory St.
Nashua, NH 03060
Telephone: (603) 594-0300