United States Bankruptcy Court

District of New Hampshire

In re:  Case No. 17-10184-BAH

Aftokinito Rally, Inc.  Chapter 7

  Debtor

# CERTIFICATE OF NOTICE

District/off: 0102-1  User: admin  Page 1 of 6
Date Rcvd: Jan 23, 2024  Form ID: 136  Total Noticed: 85

The following symbols are used throughout this certificate:
**Symbol  Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##  Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Aftokinito Rally, Inc., 27 Airport Road, Ste. 100, Nashua, NH 03063-1713 |
| res | + | AMK Auto Wholesale/Brokers, Inc., c/o Alan Kachanian, Trustee, 8D Tinkham, c/o Michael Kachanian, 8D Tinkham Ave., Derry, NH 03038-1448 |
| intp | + | Aftokinito Properties Inc., 8 Tinkham Avenue, Unit D, Derry, NH 03038-1448 |
| cr | + | Amy Sletten, 244 Chestnut Hill Rd, New Boston, NH 03070-5117 |
| cr | + | Angelique Mullarkey, 107 Turner Road, Scituate, MA 02066-2924 |
| fa | + | BCM Advisory Group, 22 Monument Square, Suite 401, Portland, ME 04101-4771 |
| sp | + | Beliveau, Fradette & Gallant, PA, 91 Bay Street, Manchester, NH 03104-3007 |
| cr | + | Benjamin S. Robbins, 303 Mill Road, Hampton, NH 03842-1211 |
| cr | + | Christine I. Erickson, 7 Pond Drive, Manchester, NH 03103-6137 |
| cr | + | Christopher W. Sanborn, 41 Jackson Drive, Wilton, NH 03086-5338 |
| op | + | Clean Management Environmental Group, Inc., 915 Industrial Road, Walterboro, SC 29488-8334 |
| auc | + | Copart, Inc., 55 High Street, N. Billerica, MA 01862-1637 |
| cr | + | Dan Schlesinger, 5 Hunting LN, Westport, CT 06880-4167 |
| cr | + | Daniel R. Harrington, Dalton & Finegold, LLP, 34 Essex Street, Attn: Jesse Redlener, Andover, MA 01810-3714 |
| cr | + | Darlene E. Johnson, 293 Thrasher Road, Windsor, VT 05089-9072 |
| cr | + | David Roberto, 11 Cyrus Street, Wakefield, MA 01880-3311 |
| cr | + | Deborah Smith, 46 N. Bobwhite Rd., Wildwood, FL 34785-9005 |
| cr | + | Debra J. Limone, 6 Sunnyfield Ave, Burlington, MA 01803-4320 |
| intp | + | Devine Millimet & Branch, P.A., 111 Amherst Street, Manchester, NH 03101-1815 |
| cr | + | Diane L. Smith, 186 Nashua Road, Pepperell, MA 01463-1447 |
| cr | + | Diane R. Riley, 14 Stone Quarry Drive, Apartment 201, Durham, NH 03824-3348 |
| acc | + | Duane A. D'Agnese & Company, P.A., 20 Bear Hill Road, Loudon, NH 03307-1412 |
| cr | + | Ernest Guilbeault, 19 Ridgeview Drive, Hooksett, NH 03106-1066 |
| cr | + | Ernest Roy, 121 Hackett Road, Belmont, NH 03220-4218 |
| cr | + | Fredrick Bramante, 587 Bay Road, Durham, NH 03824-3440 |
| cr | + | Gilbert Soucy, PO Box 768, Milton, NH 03851-0768 |
| cr | + | Gold Ridge Asset Management, LLC, 130 Gardeners Circle, Suite 139, Johns Island, SC 29455-5467 |
| cr | + | Gregory A. Puiia, c/o Ryan Kelley, Pierce Atwood LLP, 254 Commercial Street, Portland, ME 04101-4664 |
| cr | + | James F. Whitaker, 44 Pond View Drive, Auburn, NH 03032-3543 |
| cr | + | Janice Letizi Tatis, 40 Monica Drive, Nashua, NH 03062-2361 |
| cr | + | Jason Glaser, 11 Clydesdale Dr., Danville, NH 03819-3250 |
| cr | + | Jeffrey Majewski, 312 Freeman Rd., Plainfield, NH 03781-5017 |
| cr | + | John F. Leary, 25 Vanden Road, Merrimack, NH 03054-7010 |
| cr | + | John Nicholas Sarris, 6 Magnolia Way, Nashua, NH 03063-1531 |
| cr | + | John Rawley, P.O. Box 426, Putney, VT 05346-0426 |
| cr | + | John Robinson, c/o Margaret Robinson, 24 Marble Farm Rd, Maynard, MA 01754-1141 |
| cr | + | Joseph Griffiths, 121 Brown Hill Road, Belmont, NH 03220-4033 |
| res | + | Kachanian Two Realty Trust, c/o Alan Kachanian, Trustee, 8D Tinkham Ave., Derry, NH 03038-1448 |
| cr | + | Kathleen Dolan, 644 Chestnut Street, Claremont, NH 03743-5863 |
| cr | + | Kevin S. Bassett, 101 Shore Drive, Nottingham, NH 03290-4923 |
| cr | + | Lee A. Day, 48 Blackwater Road, Concord, NH 03303-3901 |
| cr | + | Liliana Medina, 87 Hickory Road, Hampstead, NH 03841-2226 |
| cr | + | Louis Inzinna, 61 Charles Olds Road, Athol, NY 12810-2541 |
| cr | + | Margaret A. Robinson, 24 Marble Farm Rd., Maynard, MA 01754-1141 |

Case: 17-10184-BAH  Doc #: 1110  Filed: 01/25/24  Desc: Imaged Certificate of Notice
Page 2 of 7

| District/off: 0102-1 | User: admin | Page 2 of 6 |
| --- | --- | --- |
| Date Rcvd: Jan 23, 2024 | Form ID: 136 | Total Noticed: 85 |

| | | | |
| --- | --- | --- | --- |
| cr | | + | Mark Letizi, c/o Janice Tatis, 40 Monica Dr, Nashua, NH 03062-2361 |
| cr | | + | Mark Sofia, Sofia Chiropractic, 25 Marston Street, Suite 205, Lawrence, MA 01841-2357 |
| cr | | + | Marty Goldstein, 45 Chestnut Hill Rd., Ridgefield, CT 06877-1201 |
| cr | | + | Mathew Strout, 20 Harrison Road, Bridgton, ME 04009-1288 |
| cr | | + | Matthew Smith, 551 Green End Ave., Middletown, RI 02842-7618 |
| cr | | + | Melancy White, 26 Odiorne Drive, Rye, NH 03870-2211 |
| cr | | + | Meredith Stanley, c/o Thomas R. Walker, P O Box 509, Wolfeboro, NH 03894-0509 |
| cr | | + | Michael Cowell, 766 Berkley Street, Berkley, MA 02779-1907 |
| cr | | + | Michael Jones, 1004 Summer Street, Lynnfield, MA 01940-2239 |
| cr | | + | Michael Mulligan, 4 Pollman Lane, Nashua, NH 03062-3560 |
| cr | | + | Morris Cleveland, 1243 Cleveland Mill Road, Hartwell, GA 30643-3305 |
| intp | | + | Nationwide FF&E, Inc., 3 Capitol Street, Nashua, NH 03063-1003 |
| cr | | + | Paul A. LaForte, c/o Pierce Atwood LLP, Attn: Ryan F. Kelley, 254 Commercial Street, Portland, ME 04101-1110 |
| cr | | + | Paul A. LaForte and Eljay W. LaForte, c/o Pierce Atwood LLP, Attn: Ryan F. Kelley, 254 Commercial Street, Portland, ME 04101-1110 |
| cr | | + | Paul M. Erickson, 7 Pond Drive, Manchester, NH 03103-6137 |
| cr | | + | Philip Rainville, 1045 NE 2nd Terrace, Cape Coral, FL 33909-3609 |
| cr | | + | Putnam Leasing Company 1, LLC, 500 West Putnam Avenue, 4th Floor, Greenwich, CT 06830-6079 |
| cr | | + | Robert Keith Adams, 56 Lansing Ct, Saint Augustine, FL 32092-1869 |
| cr | | + | Robert R. Lucas, 58 Dublin Ave., Nashua, NH 03063-2044 |
| cr | | + | Scott Clark, P O Box 509, Wolfeboro, NH 03894-0509 |
| cr | | + | Sharon Blakeman, P.O. Box 1573, Mashpee, MA 02649-1573 |
| cr | | + | Shawn MacKinnon, 904 Kalmia Court, Myrtle Beach, SC 29579-5170 |
| cr | | + | Spencer Wayne Kingsland (Estate of), c/o Tami Kingsland Corbett, Executor, 392 Davison Road, Henniker, NH 03242-6005 |
| cr | | + | State of NH Department of Employment Security, 45 South Fruit Street, Concord, NH 03301-4857 |
| cr | | + | Stephan Condodemetraky, 27 Airport Road, Suite 100, Nashua, NH 03063-1713 |
| intp | | + | Stephanie Nicole Condodemetraky, 2 Dorothy's Way, Bedford, NH 03110-4348 |
| cr | | + | Stephen Edward Burns, 48 Main Road, Burlington, ME 04417-3518 |
| cr | | + | Tamaralynn M. Sirard, 88 Gordon Hill Rd., New Hampton, NH 03256-4404 |
| cr | | + | Tenedos Holdings, Inc., 9 Madden Road, U2, Derry, NH 03038-2266 |
| cr | | + | Thomas Aubert, 5 Gary Drive, Rochester, NH 03867-5126 |
| intp | | + | Town of Bedford, 24 North Amherst Road, Bedford, NH 03110-5400 |
| cr | | + | Toyota Industries Commercial Finance, Inc., Craig, Deachman & Amann, PLLC, 1662 Elm Street, Manchester, NH 03101-1243 |
| cr | | + | Vincent Cerasuolo, c/o Gail Carpiniello, 105 Pleasant Valley Road, Amesbury, MA 01913-4502 |
| cr | | + | Wayne H. Johnson, 293 Thrasher Road, Windsor, VT 05089-9072 |
| cr | | + | Wayne Rowe, 40 Olde Madbury Lane, Dover, NH 03820-5441 |
| cr | | + | William B. Norton, 119 Hunters Run Pl., Haverhill, MA 01832-3645 |
| cr | | + | Woodrow M. Medina, 87 Hickory Road, Hampstead, NH 03841-2226 |
| cr | | + | Zoghopoulos Tyrus, 54 Webber st, Lowell, MA 01851-1631 |

TOTAL: 82

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| cr | + | Email/Text: coolidgelaw@usa.net | Jan 23 2024 17:48:00 | Larry Zampieri, c/o Brian R. Barrington, 98 High Street, Somersworth, NH 03878-2612 |
| cr | + | Email/Text: JohnGuerette@lawlogistics.com | Jan 23 2024 17:48:20 | Law Realty Co., Inc, 59 Daniel Webster Highway, Suite 110, Merrimack, NH 03054-4877 |
| cr | + | Email/Text: coolidgelaw@usa.net | Jan 23 2024 17:48:00 | Phillip R. Rainville, c/o Brian R. Barrington, 98 High Street, Somersworth, NH 03878-2612 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | Scott Damboise, Craig, Deachman & Amann, PLLC, 1662 Elm Street, Manchester |
| cr | | The Joe Robinson Mathis and Eleanor Margherite Mat, 9773 Lost Colt Circle |
| cr | ##+ | Carl Zecha, 92 Old Chester Rd, Derry, NH 03038-4022 |

| District/off: 0102-1 | User: admin | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 136 | Total Noticed: 85 |

| | | | |
|---|---|---|---|
| cr | ##+ | Dan Duhigg, 1037 Schofield Rd, Deposit, NY 13754-1260 | |
| cr | ##+ | Daniel J. Duhigg, 1037 Schofield Rd, Deposit, NY 13754-1260 | |
| cr | ##+ | Jeffrey S. Maniff, 285 Brandy Creek Circle SE, Palm Bay, FL 32909-2333 | |
| cr | ##+ | John A Gallagher, 10989 Hat Creek Ln, Davidson, NC 28036-9605 | |
| cr | ##+ | Kevin A. Brassard, 27 Briarwood Road, Pelham, NH 03076-3725 | |
| cr | ##+ | Lynne Fenoff, 438 Fenoff Heights Lane, Waterford, VT 05819-8350 | |
| cr | ##+ | Maurice Grenier, 383 Huse Road, #8, Manchester, NH 03103-3170 | |
| cr | ##+ | Nathan Dobbins, 46 Chester Ave # 4, Waltham, MA 02453-4052 | |

TOTAL: 2 Undeliverable, 0 Duplicate, 9 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2024                        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Ann Marie Dirsa | on behalf of U.S. Trustee Office of the U.S. Trustee ann.marie.dirsa@usdoj.gov |
| Brian R. Barrington | on behalf of Creditor Larry Zampieri coolidgelaw@usa.net brian@coolidgelawfirm.com |
| Brian R. Barrington | on behalf of Creditor Phillip R. Rainville coolidgelaw@usa.net brian@coolidgelawfirm.com |
| Christopher M. Dube | on behalf of Defendant Hiscox Insurance Company christopher.dube@mclane.com bankruptcy@mclane.com |
| Clifford Gallant, Jr. | on behalf of Plaintiff Michael S. Askenaizer cliff@beliveau-fradette.com |
| Craig S. Donais | on behalf of Attorney Donais Law Offices  PLLC cdonais@wadleighlaw.com, kdraus@wadleighlaw.com;cdonais@recap.email |
| Daniel W. Sklar | on behalf of Creditor Putnam Leasing Company 1  LLC man.managing.clerk@nixonpeabody.com;ccarlin@nixonpeabody.com;khoskins@nixonpeabody.com;cnoonan@nixonpeabody.com |
| David P. Azarian | on behalf of Creditor Thomas Aubert dazarian@azarianlaw.net azariandr67696@notify.bestcase.com |
| Deborah A. Notinger | on behalf of Defendant Gold Ridge Micro Cap I  LLC notingerd@cwbpa.com, sansr@cwbpa.com;guerettec@cwbpa.com |
| Deborah A. Notinger | on behalf of Counter-Claimant Gold Ridge Micro Cap I  LLC notingerd@cwbpa.com, sansr@cwbpa.com;guerettec@cwbpa.com |
| Deborah A. Notinger | on behalf of Interested Party Gold Ridge Micro Cap I  LLC notingerd@cwbpa.com, sansr@cwbpa.com;guerettec@cwbpa.com |
| Deborah A. Notinger | on behalf of Creditor Gold Ridge Asset Management  LLC notingerd@cwbpa.com, sansr@cwbpa.com;guerettec@cwbpa.com |
| Douglas J. Beaton | on behalf of Creditor Mark Sofia notices@douglasbeaton.com |

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 4 of 6 |
| Date Rcvd: Jan 23, 2024 | Form ID: 136 | Total Noticed: 85 |

Edmond J. Ford
    on behalf of Financial Advisor BCM Advisory Group eford@fordlaw.com

Edmond J. Ford
    on behalf of Trustee Michael S. Askenaizer eford@fordlaw.com

Edmond J. Ford
    on behalf of Trustee Attorney Ford & McPartlin  P.A. eford@fordlaw.com

Edmond J. Ford
    on behalf of Plaintiff Michael S. Askenaizer eford@fordlaw.com

Eleanor Wm Dahar
    on behalf of Defendant Brandon Miller edahar@att.net

Gregory T. Uliasz
    on behalf of Creditor Ernest Guilbeault guliasz@fenigeranduliasz.com brosemond@fenigeranduliasz.com;erogers@fenigeranduliasz.com

James D. Kelly
    on behalf of Creditor Kathleen Dolan jkelly@rubensteinlaw.com

James D. Kelly
    on behalf of Creditor Michael Cowell jkelly@rubensteinlaw.com

James S. LaMontagne
    on behalf of Debtor's Attorney Sheehan  Phinney, Bass and Green, P.A. nhbankruptcycourt@sheehan.com, asrimouksavanh@sheehan.com;jlamontagne@sheehan.com;kstavaski@sheehan.com

James S. LaMontagne
    on behalf of Debtor Aftokinito Rally  Inc. nhbankruptcycourt@sheehan.com, asrimouksavanh@sheehan.com;jlamontagne@sheehan.com;kstavaski@sheehan.com

Jennifer L. Parent
    on behalf of Counter-Claimant Hiscox Insurance Company Jennifer.Parent@mclane.com

Jennifer L. Parent
    on behalf of Defendant Hiscox Insurance Company Jennifer.Parent@mclane.com

Jesse I. Redlener
    on behalf of Creditor Daniel R. Harrington jredlener@ascendantlawgroup.com  redlener.jesseb112050@notify.bestcase.com

Linda M. Smith
    on behalf of Defendant USAA Casualty Insurance Company lsmith@morrisonmahoney.com  ldale@morrisonmahoney.com

Linda M. Smith
    on behalf of Defendant USAA Savings Bank lsmith@morrisonmahoney.com  ldale@morrisonmahoney.com

Linda M. Smith
    on behalf of Defendant USAA Federal Savings Bank lsmith@morrisonmahoney.com  ldale@morrisonmahoney.com

Linda M. Smith
    on behalf of Defendant USAA Life Insurance Company lsmith@morrisonmahoney.com  ldale@morrisonmahoney.com

Linda M. Smith
    on behalf of Defendant United Services Automobile Association lsmith@morrisonmahoney.com  ldale@morrisonmahoney.com

Marc W. McDonald
    on behalf of Trustee Michael S. Askenaizer mmcdonald@fordlaw.com

Marc W. McDonald
    on behalf of U.S. Trustee Office of the U.S. Trustee mmcdonald@fordlaw.com

Marc W. McDonald
    on behalf of Plaintiff Michael S. Askenaizer mmcdonald@fordlaw.com

Marc W. McDonald
    on behalf of Counter-Defendant Michael S. Askenaizer mmcdonald@fordlaw.com

Matthew J. Delude
    on behalf of Defendant Nationwide FF&E  Inc. mdelude@bernsteinshur.com, avonhusen@bernsteinshur.com

Matthew R. Johnson
    on behalf of Interested Party Devine Millimet & Branch  P.A. mjohnson@devinemillimet.com, dprovencher@devinemillimet.com

Michael B. Feinman
    on behalf of Defendant Richard Cormier mbf@feinmanlaw.com  kmk@feinmanlaw.com

Michael B. Feinman
    on behalf of Defendant EMS Energy Marketing Services  Inc. mbf@feinmanlaw.com, kmk@feinmanlaw.com

Michael J. Scott
    on behalf of Respondent Kachanian Two Realty Trust mscott@scottandscottpa.com

Case: 17-10184-BAH  Doc #: 1110  Filed: 01/25/24  Desc: Imaged Certificate of Notice
Page 5 of 7

| | | |
|---|---|---|
| District/off: 0102-1 | User: admin | Page 5 of 6 |
| Date Rcvd: Jan 23, 2024 | Form ID: 136 | Total Noticed: 85 |

Michael J. Scott
 on behalf of Respondent AMK Auto Wholesale/Brokers Inc. mscott@scottandscottpa.com

Michael S. Askenaizer
 trustee@askenaizer.com NH07@ecfcbis.com

Michael S. Lewis
 on behalf of Defendant Christopher McCarthy msl@rathlaw.com

Michael T. McCormack
 on behalf of Creditor IRS michael.mccormack2@usdoj.gov faye.guilmette@usdoj.gov;joanie.hederman@usdoj.gov;rebecca.burnham@usdoj.gov;usanh.ecfcivil@usdoj.gov;CaseView.ECF@usdoj.gov;rob.rabuck@usdoj.gov

Michele E. Kenney
 on behalf of Creditor Paul A. LaForte mkenney@pierceatwood.com kdallaire@pierceatwood.com

Office of the U.S. Trustee
 USTPRegion01.MR.ECF@usdoj.gov

P. Scott Bratton
 on behalf of Creditor Phillip Carroll scottb@brattonandspringer.com info@brattonandspringer.com

Paul A. Petrillo
 on behalf of Creditor Woodrow M. Medina paulpetrillo202@gmail.com R47124@notify.bestcase.com

Paul A. Petrillo
 on behalf of Creditor Liliana Medina paulpetrillo202@gmail.com R47124@notify.bestcase.com

Paul M. DeCarolis
 on behalf of Creditor Law Realty Co. Inc pdecarolis@nh-lawyers.com, cgenest@nh-lawyers.com

Peter N. Tamposi
 on behalf of Creditor Law Realty Co. Inc peter@thetamposilawgroup.com, Sophia@tlgnh.com

Peter S. Wright, Jr.
 on behalf of Creditor John Robinson pswesq@gmail.com

Richard D. Gaudreau
 on behalf of Defendant Blue Dolphin Pools & Spas Inc. Richard@AttorneyGaudreau.com, gaudreaucourt@gmail.com

Richard K. McPartlin
 on behalf of Plaintiff Michael S. Askenaizer rmcpartlin@fordlaw.com

Ryan F. Kelley
 on behalf of Defendant American Express Company rkelley@pierceatwood.com mpottle@pierceatwood.com;aredmond@pierceatwood.com

Ryan F. Kelley
 on behalf of Creditor Gregory A. Puiia rkelley@pierceatwood.com mpottle@pierceatwood.com;aredmond@pierceatwood.com

Ryan F. Kelley
 on behalf of Defendant American Express Bank FSB rkelley@pierceatwood.com, mpottle@pierceatwood.com;aredmond@pierceatwood.com

Ryan F. Kelley
 on behalf of Creditor Paul A. LaForte and Eljay W. LaForte rkelley@pierceatwood.com mpottle@pierceatwood.com;aredmond@pierceatwood.com

Ryan F. Kelley
 on behalf of Defendant American Express Centurion Bank rkelley@pierceatwood.com mpottle@pierceatwood.com;aredmond@pierceatwood.com

Ryan F. Kelley
 on behalf of Creditor Paul A. LaForte rkelley@pierceatwood.com mpottle@pierceatwood.com;aredmond@pierceatwood.com

Ryan M. Borden
 on behalf of Accountant Duane A. D'Agnese & Company P.A. rborden@fordlaw.com

Ryan M. Borden
 on behalf of Trustee Michael S. Askenaizer rborden@fordlaw.com

Ryan M. Borden
 on behalf of Financial Advisor BCM Advisory Group rborden@fordlaw.com

Ryan M. Borden
 on behalf of Plaintiff Michael S. Askenaizer rborden@fordlaw.com

Ryan M. Borden
 on behalf of Trustee Attorney Ford & McPartlin P.A. rborden@fordlaw.com

Ryan M. Borden
 on behalf of Creditor Woodrow M. Medina rborden@fordlaw.com

Case: 17-10184-BAH  Doc #: 1110  Filed: 01/25/24  Desc: Imaged Certificate of Notice
Page 6 of 7

| District/off: 0102-1 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Jan 23, 2024 | Form ID: 136 | Total Noticed: 85 |

Sabrina Beavens
    on behalf of Interested Party Town of Bedford sabrina.beavens@mclane.com  bankruptcy@mclane.com

Sabrina Beavens
    on behalf of Defendant Town of Bedford  New Hampshire sabrina.beavens@mclane.com, bankruptcy@mclane.com

Steven M. Notinger
    on behalf of Creditor Gold Ridge Micro Cap I  LLC steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Steven M. Notinger
    on behalf of Creditor Gold Ridge Asset Management  LLC steve@notingerlaw.com, cheryl@notingerlaw.com;debbie@notingerlaw.com

Thomas F. McCue
    on behalf of Defendant Patrick Devereaux atty@tfmccue.com

Thomas F. McCue
    on behalf of Defendant Devereaux Consulting LLC atty@tfmccue.com

Thomas J. Pappas
    on behalf of Defendant Bank Of America  N.A. tpappas@primmer.com, mhanscom@primmer.com

Thomas R. Walker
    on behalf of Creditor Meredith Stanley randy@walkervarney.com

Thomas R. Walker
    on behalf of Creditor Scott Clark randy@walkervarney.com

Walter Maroney
    on behalf of Creditor State of NH Department of Employment Security USBC@nhes.nh.gov

William J. Amann
    on behalf of Creditor Mark Joyce wamann@amburlaw.com  cshaw@amburlaw.com

William J. Amann
    on behalf of Creditor Toyota Industries Commercial Finance  Inc. wamann@amburlaw.com, cshaw@amburlaw.com

William J. Amann
    on behalf of Defendant Brad Birkenfeld wamann@amburlaw.com  cshaw@amburlaw.com

William J. Amann
    on behalf of Creditor Scott Damboise wamann@amburlaw.com  cshaw@amburlaw.com

William J. Amann
    on behalf of Creditor Michael Rockwell wamann@amburlaw.com  cshaw@amburlaw.com

William S. Gannon
    on behalf of Defendant Stephan Condodemetraky bgannon@gannonlawfirm.com jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.office.gannon@gmail.com;wsg1590sa@gmail.com

William S. Gannon
    on behalf of Cross Defendant Stephan Condodemetraky bgannon@gannonlawfirm.com jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.office.gannon@gmail.com;wsg1590sa@gmail.com

William S. Gannon
    on behalf of Creditor Stephan Condodemetraky bgannon@gannonlawfirm.com jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.office.gannon@gmail.com;wsg1590sa@gmail.com

William S. Gannon
    on behalf of Interested Party Stephan Condodemetraky bgannon@gannonlawfirm.com jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.office.gannon@gmail.com;wsg1590sa@gmail.com

William S. Gannon
    on behalf of Attorney William S. Gannon bgannon@gannonlawfirm.com jarquette@gannonlawfirm.com;bvenuti@gannonlawfirm.com;gannonlawfirm@gmail.com;s.wr70639@notify.bestcase.com;beth.office.gannon@gmail.com;wsg1590sa@gmail.com

TOTAL: 86

# UNITED STATES BANKRUPTCY COURT

District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301−3941

---

In re:                                                      Bk. No. 17−10184−BAH
                                                            Chapter 7
Aftokinito Rally, Inc.
     Debtor

---

## ORDER CLOSING CASE

It appears from the records of the Court that the estate of the above−named debtor has been fully administered.

IT IS ORDERED THAT:

The Trustee is discharged as trustee of the estate of the above−named debtor and the bond is cancelled.

The chapter 7 case of the above−named debtor is closed.

    ENTERED at Concord, New Hampshire.

Date: January 23, 2024                           /s/ Bruce A. Harwood
                                                 Bruce A. Harwood
                                                 Chief Bankruptcy Judge

Form GTotocloscstmp−136